CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 11 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAILIK M. ASHANTI,<br>    Plaintiff, | Civil Action No. 7:16-cv-00310 |
| v. | **DISMISSAL ORDER** |
| C. DEEL, et al,<br>    Defendant(s). | By:  Glen E. Conrad<br>      Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 11th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge